-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MR. HENRY GEORGE CURTIS, A98-928-244,

    Petitioner,

-v-

MR. ERIC HOLDER, et al.,

    Respondents.

**DECISION and ORDER**
09-CV-0206Sc



Petitioner, Henry George Curtis, filed a petition for a writ habeas corpus relief, pursuant to 28 U.S.C. § 2241, challenging his continued administrative custody/detention pending removal. (Docket No. 1). Respondents have filed a motion to dismiss the petition as moot inasmuch as petitioner has been released from administrative detention pursuant to an Order of Supervision, dated May 5, 2009. (Docket No. 5, Motion and Affidavit of Gail Y. Mitchell, sworn to May 7, 2009, ¶ 4, and Exhibit A--Order of Supervision).

Accordingly, in light of the fact that petitioner has been released from administrative detention pending removal, the respondents' motion to dismiss the petition is granted and the petition is dismissed.

SO ORDERED.

Dated: May 22, 2009
Buffalo, New York

WILLIAM M. SKRETNY
United States District Judge